SCHABLE V. THE HANNIBAL & ST. JOSEPH RAILROAD COM-
PANY, *Appellant.*

**Railroads**: DAMAGES TO CATTLE; PRAIRIE LANDS. A railroad company
is not liable in double damages under section 43, page 310, Wagner's
Statutes, for cattle killed upon its track at a place where the adjoin-
ing lands are uninclosed lands which have been cleared of timber.
Such lands are not prairie lands.

*Appeal from Macon Circuit Court.*—HON. JOHN W. HENRY,
Judge.

*Geo. W. Easley* for appellant.

*Albert F. Foster* for respondent.

HOUGH, J.—This was an action under the 43rd section
of the railroad corporation law, to recover double damages
from the defendant for killing the plaintiff's cow on a
switch or side-track of defendant's road near Macon City,
on the 21st day of February, 1874. At the place where
the cow was killed the side-track did not pass through,
along or adjoining inclosed or cultivated fields, or unin-
closed prairie lands. The land on both sides of the road
was originally timbered, but had been cleared for a num-
ber of years. There was an inclosure on the north side
of the track, but it did not adjoin the right of way. This
case, therefore, falls within the principle announced in the
case of *Walton v. St. Louis, Iron Mountain & Southern Ry.
Co.*, 67 Mo. 56, and the judgment of the circuit court must,
therefore, be reversed. All concur except HENRY, J., not
sitting.

REVERSED.